IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:98CR91 |
| v. | ) | |
| JETHRO BARNES, | ) | ORDER |
| Defendant. | ) | |

    This matter comes before the court sua sonte based on information from the U.S. Probation Office that the defendant, Jethro Barnes, needs permission under his order of supervised release to undergo therapy in a facility different from his current provider.  The defendant is currently undergoing chemical dependancy treatment at the Stephen Center in Omaha, Nebraska.  The Stephen Center staff advises the U.S. Probation officer for the defendant that it is no longer able to provide care for Mr. Barnes.  It also advises that the most appropriate facility for his current therapeutic needs is Douglas County Hospital until a long-term solution can be arranged.

    The court finds that the defendant's order of supervision should be amended to allow his treatment at the Douglas County Hospital.

    IT IS THEREFORE ORDERED that upon his discharge from the Stephen Center, the defendant's Special Conditions of Supervised Release are amended to allow his placement in the Douglas County Hospital until further order of the court.

    IT IS FURTHER ORDERED that the defendant shall abide by the terms and conditions of his treatment at the Douglas County Hospital until his further placement by order of this court.

    DATED this 17th day of December, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge